NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICKY A. HYATT, BARBARA HYATT,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---------------------------------------------------

**DANIEL S. NICHOLSON, PATRICIA E. MIDGETT,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

———————————

2025-1567, 2025-1571

———————————

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00499-DAT, 1:23-cv-00843-DAT, Judge David A. Tapp.

———————————

2                                                                                          HYATT V. US

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

May 12, 2025                                      Jarrett B. Perlow
Date                                                  Clerk of Court

**ISSUED AS A MANDATE:** May 12, 2025